■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY KRUGER, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the trial court erred in failing to charge the jury on intoxication pursuant to Penal Law § 15.25. On the evidence at trial, no reasonable jury could have inferred that defendant's capacity to form an intent had been affected by the ingestion of alcohol or drugs *(see, People v Rodriguez,* 76 NY2d 918, 920-921). Moreover, that issue is unpreserved; defendant neither requested an intoxication charge nor excepted to the absence of such charge *(see,* CPL 470.05 [2]).

We have examined defendant's other contention and find it also to be without merit. (Appeal from Judgment of Oneida County Court, Buckley, J.—Robbery, 1st Degree.) Present—Green, J. P., Pine, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. WHITTAKER, Appellant.—Judgment unanimously affirmed. Memorandum: When viewed in the light most favorable to the People *(see, People v Ford,* 66 NY2d 428), the evidence is sufficient to establish defendant's guilt of resisting arrest *(see, People v Bleakley,* 69 NY2d 490). In view of defendant's criminal record, the sentence imposed was neither harsh and excessive nor an abuse of discretion *(see, People v Dittmar,* 41 AD2d 788). (Appeal from Judgment of Erie County Court, La Mendola, J.—Resisting Arrest.) Present—Green, J. P., Pine, Boehm, Fallon and Davis, JJ.